```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA          :
                                  :
      - v. -                      :    DISMISSAL of COMPLAINT
                                  :
DEIVY SANCHEZ,                    :
                                  :    22 Mag. 9772
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - - X
```

The Government respectfully requests the Court to dismiss without prejudice the Complaint in the above-captioned matter. The Complaint was filed on December 3, 2022.

                                        DAMIAN WILLIAMS
                                        United States Attorney

                By: _____
                     Kingdar Prussien
                     Assistant United States Attorney

**SO ORDERED:**

White Plains, New York
October 22, 2024

_____
HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK